IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| TIMOTHY FREE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 3:07-CV-186 |
| ) | (Phillips/Guyton) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

### AGREED ORDER OF REMAND UNDER SENTENCE SIX
### OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to remand the case to the Commissioner for further action before he files his answer, and in light of the parties' joint motion to remand this action, this Court hereby remands the cause to the Commissioner for a de novo hearing by an administrative law judge pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). See Melkonvan v. Sullivan, 501 U.S. 89, 101 n.2 (1991); Shalala v. Schaefer, 509 U.S. 292, 297 n.2 (1993).

                                                  s/ H. Bruce Guyton
                                    United States Magistrate Judge
                                    ~~United States District Judge~~

| Approved by: | Prepared by: |
|---|---|
| s/Harry J. Smith (by permission LSH) | s/ Loretta S. Harber |
| HARRY J. SMITH | LORETTA S. HARBER (BP #007221) |
| Attorney for Plaintiff | Assistant U.S. Attorney |
| Smith & Crockett | 800 Market Street, Suite 211 |
| P.O. Box 108 | Knoxville, TN 37902 |
| Mountain City, TN 37683 | (865) 545-4167 |
| (423) 727-7913 | |